## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Samson Resources Corporation, et al. | : |
|                 Debtors. | : |
| _____ | : |
| CALVIN WILLIAMS, | : |
|                 Appellant, | : |
| v. | : C. A. No. 16-1124-RGA |
| | : Bankruptcy Case No. 15-11934 |
| SAMSON RESOURCES CORPORATION, | : BAP No. 16-72 |
|                 Appellee. | : |

## **RECOMMENDATION**

At Wilmington this **25th** day of **January, 2017**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on January 25, 2017 for an initial review and discussion with appellant and counsel for appellee to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.

The parties were advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), F&#69;&#68;. R. C&#73;&#86;. P. 72(a) and D. D&#69;&#76;. LR 72.1, and advised that no objections would be file to this Recommendation.

The parties further request a conference with the Court to discuss the issues that will be addressed on appeal prior to the entry of any briefing Order.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge